IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.    15-CR-6109

EDWARD MIGHTY,

Defendant.

## INFORMATION PURSUANT TO 21 U.S.C. § 851

**PLEASE TAKE NOTICE** that, upon the defendant's conviction of a violation of Title 21 of the United States Code, Section 846 providing for increased punishment in the event of one or more prior final convictions for a felony drug offense, the United States intends to rely upon the defendant's prior felony conviction on or about November 2, 2005, in the County Court, Monroe County, New York, Index No. 2005/10343, for a violation of New York Penal Law Sections 110/220.16(12) [Attempted Criminal Possession of a Controlled Substance in the Third Degree] as the basis for the imposition of such increased punishment.

DATED: Rochester, New York, August 31, 2015.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY:  _____
ROBERT A. MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 399-3980
Robert.marangola@usdoj.gov

TO:   TEO X. SIGUENZA, ESQ.